# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Michael R. Jaffe

_____

Write the full name of each plaintiff.

\_\_\_\_\_CV_____

(Include case number if one has been assigned)

-against-

Janet Yelley
U.S. Treasury Secretary
1500 Pennsylvania Ave NW
Washington, D.C.   20220

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?
☑ Yes    ☐ No

S.D. OF N.Y.W.P.
2024 NOV 18 AM 10:14
FILED
U.S. DISTRICT COURT

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☑   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _Michael R. Jaffe_ , is a citizen of the State of
(Plaintiff's name)

_New York_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Janet Yellen_ , is a citizen of the State of
(Defendant's name)

_Washington, D.C._

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____ , is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Michael_                    _R_                    _Jaffe_
First Name            Middle Initial       Last Name

_10 Windle Park  307_
Street Address

_Westchester  Tarrytown, NY_                    _10591_
County, City                          State                    Zip Code

_(917) 620-3441_                    _michaelrjaffe@gmail.com_
Telephone Number            Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:      Janet                        Yellen
                  First Name                  Last Name
                  Secretary of the Treasury
                  Current Job Title (or other identifying information)
                  1500 Pennsylvania Ave.
                  Current Work Address (or other address where defendant may be served)
                  Washington, DC                    20220
                  County, City              State          Zip Code

Defendant 2:      _____

                  First Name                  Last Name

                  _____

                  Current Job Title (or other identifying information)

                  _____

                  Current Work Address (or other address where defendant may be served)

                  _____

                  County, City              State          Zip Code

Defendant 3:      _____

                  First Name                  Last Name

                  _____

                  Current Job Title (or other identifying information)

                  _____

                  Current Work Address (or other address where defendant may be served)

                  _____

                  County, City              State          Zip Code

Defendant 4: _____

     First Name                   Last Name

     _____

     Current Job Title (or other identifying information)

     _____

     Current Work Address (or other address where defendant may be served)

     _____

     County, City             State         Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: New York City, Federal Reserve NY, Washington, DC Federal Reserve Board of Governors

Date(s) of occurrence: Sometime in 2013. Don't recall exact date.

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I am familiar with Secret Service Police from White House Tours. I called the Secret Service Police at Seven World Trade Center and had them clean out the NYSE including Apple and Amazon. Trillions of dollars of revenue was generated from Michelle Duffy, University of Florida Secretary/recording conversation. She entered Gainesville FBI to have me recorded. Kris, U.S. Supreme Court Clerk confirms that I was recorded and has collected $1.2 Trillion dollars personally. Janet Yellen kept $1.7 Trillion Dollars personally that I requested be put in the Federal Reserve. Kris collect $200 million from Janet Yellen and donated to Save The Children on my request,

Page 5

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Nearly bankrupt, charged as vagrant.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I want the court to remove 7 Trillion Dollars from Janet Yellen and give to me, or alternatively be used to reduce federal deficit.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

November
Dated

Michael R. Jaffe
Plaintiff's Signature

Michael                        R                        Jaffe
First Name        Middle Initial        Last Name

10 Windle Park 307
Street Address

Westchester  Tarrytown        NY                1059/
County, City                                State                Zip Code

(917) 620-3441
Telephone Number

michaelrjaffe@gmail.com
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.