UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL R. JAFFE,

                Plaintiff,

-against-

JANET YELLEN, SECRETARY OF THE TREASURY,

                Defendant.

24-CV-8890 (LTS)

BAR ORDER UNDER
28 U.S.C. § 1651

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff filed this action *pro se*. By order dated January 12, 2025, the Court: (1) dismissed the action as frivolous; (2) noted that Plaintiff had filed at least five actions and appeals that were dismissed for lack of merit; (3) noted that the court had previously warned him that he could face a filing injunction if he persisted in filing frivolous complaints; and (4) ordered Plaintiff, within 30 days, to show cause by declaration why he should not be barred from filing further actions *in forma pauperis* ("IFP") in this Court without prior permission. (*Id.*)

    On January 22, 2025, instead of responding to the order to show cause, Plaintiff filed a notice of appeal. (ECF 7.) By mandate dated July 17, 2025, and issued September 8, 2025, the Second Circuit dismissed the appeal as frivolous. *See Jaffe v. Yellen*, No. 25-182, 2025 WL 2055528, at *1 (2d Cir. Sept. 2025) (dismissing appeal because it "lack[ed] an arguable basis either in law or in fact.") (ECF 8.)

    Plaintiff has not filed a declaration as directed in the January 12, 2025 order, or otherwise communicated with the Court. Accordingly, the bar order will issue.

## CONCLUSION

    The Court hereby bars Plaintiff from filing future civil actions IFP in this court without first obtaining from the court leave to file. *See* 28 U.S.C. § 1651. Plaintiff must attach a copy of

his proposed complaint and a copy of this order to any motion seeking leave to file. The motion must be filed with the Pro Se Intake Unit of this court. If Plaintiff violates this order and files an action without filing a motion for leave to file, the action will be dismissed for failure to comply with this order.

Plaintiff is further warned that the continued submission of frivolous documents may result in the imposition of additional sanctions, including monetary penalties. *See id.* The Clerk of Court is directed to close this action and terminate any motions in this case.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment dismissing this case.

SO ORDERED.

Dated:   October 15, 2025
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge